Lorenzo Nichols #24650-053
MDC BROOKLYN
Metropolitan Detention Center
P.O. BOX 329002
BROOKLYN, NY  11232

August 31,, 2022

Judge Edward R. Korman
United States Courthouse
Room 918
225 Cadman Plaza East
Brooklyn, New York 11201

RE: (88cr496) Lorenzo Nichols
Request to remain at current facility

Dear Honorable Judge Edward Korman,

This is Lorenzo Nichols, currently at MDC Brooklyn. However I am on scheduled for a transfer to Arizona. Due to the another Covid outbreak the transfer has been placed on hold. I am requesting to be placed on hold here at MDC Brooklyn until a decision is made on my Compassionate Release motion. Although there are many Constitutional Violations, I will endure since this facility is the closest to my family.

Sincerely,

Lorenzo Nichols

# PRIORITY MAIL EXPRESS®

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

PRESS FIRMLY TO SEAL




To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

**FROM:** (PLEASE PRINT)
Lorenzo Nichols SAW30-053
MDC Brooklyn
P.O. Box 329002
Brooklyn, NY 11232

**TO:** (PLEASE PRINT)
Judge Edward Korman
United States Courthouse
Room 918
225 Cadman Plaza East
ZIP+4 11201

PRIORITY MAIL EXPRESS®

EI 473 902 055 US

Origin: 11232
Date Accepted: 9-2-22
Time Accepted: 7:55 PM
Scheduled Delivery Date: 9-2-22 (? 9:00 PM)
Postage: $26.45
Total Postage & Fees: $26.95






LABEL 11-B, MAY 2021   PSN 7690-02-000-9996

EP13F May 2020